**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter     **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LLW Construction, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Adeline Custom Homes** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3286288** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **106 S. Oregon Avenue, Ste. 1**<br>**Tampa, FL 33606**<br>Number, Street, City, State & ZIP Code | **1712 W. North B Street**<br>**Tampa, FL 33606**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://llwbuild.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **LLW Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **LLW Construction, Inc.**
      Name

Case number (*if known*) _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____   When _____   Case number, if known _____

| | |
|---|---|
| **11. Why is the case filed in *this district?*** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

**▮ Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **LLW Construction, Inc.**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **LLW Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 23, 2025**
              MM / DD / YYYY

**X** **/s/ Michal J. Winiarek**
Signature of authorized representative of debtor

**Michal J. Winiarek**
Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Buddy D. Ford, Esquire**          Date   **June 23, 2025**
Signature of attorney for debtor                     MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Ford & Semach, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone   **(813)877-4669**       Email address   **All@tampaesq.com**

**0654711 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **LLW Construction, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**June 23, 2025**__     X **/s/ Michal J. Winiarek**
                                    Signature of individual signing on behalf of debtor

                                    **Michal J. Winiarek**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **LLW Construction, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Maurice Becan and Anita Becan 1724 Crawley Road Odessa, FL 33556** | | **Judgment** | | **$623,635.78** | **$0.00** | **$623,635.78** |
| **David Kilcoyne and Karena Kilcoyne 5126 W. San Jose Str. Tampa, FL 33629** | | **Possible contract damages** | **Contingent Unliquidated** | | | **$400,000.00** |
| **U.S. Small Business Administ 51 SW 1st Ave. Suite 201 Miami, FL 33130** | | **Disaster loan** | | **$399,914.44** | **$0.00** | **$399,914.44** |
| **84 Lumber Company P.O. Box 365 Eighty Four, PA 15330-0365** | | **Supplier** | | | | **$89,386.00** |
| **FORA Financial Advance, LLC 1385 Broadway 15th Floor New York, NY 10018** | | **Business Debt** | | | | **$56,079.68** |
| **GISA LLC d/b/a Total Design Source 3602 W Cypress Street Tampa, FL 33607** | | **Services** | | | | **$33,482.10** |
| **Fundbox 5760 Legacy Drive Suite B3-535 Plano, TX 75024** | | **Business Debt** | | | | **$33,003.01** |

| Debtor | **LLW Construction, Inc.** | | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Melissa Bell c/o W. Gregory Golson, Esq. 305 S. Boulevard Tampa, FL 33606** | | Judgment | | $30,000.00 | $0.00 | $30,000.00 |
| **Restore It Right, Inc. 2526 Chapel Way Tampa, FL 33618-4505** | | Services | | | | $27,966.00 |
| **Builders Services Group, Inc d/b/a Gale Insulation 200 Stevens Avenue Oldsmar, FL 34677-2902** | | Judgment | | $17,195.98 | $0.00 | $17,195.98 |
| **MS Homes Sandy LLC 1049 Citrus Landings Blvd. Davenport, FL 33837** | | Services | | | | $12,698.00 |
| **Gulf Coast Air Systems, Inc. 5411 Comfort Drive Tampa, FL 33610** | | Services | | | | $12,371.60 |
| **Amico Law Group, PLLC 1607 Vineyard Lane Oldsmar, FL 34677** | | Services | | | | $12,321.00 |
| **Northside Propane 17602 N. US Hwy 41 Lutz, FL 33549** | | Services | | | | $12,188.80 |
| **Tibbetts Lumber Co, LLC 2857 Executive Drive Clearwater, FL 33762** | | Supplier | | | | $11,212.51 |
| **Sky Foam Insulation System P.O. Box 702306 Saint Cloud, FL 34770** | | Services | | | | $10,525.00 |
| **All Services Glass 1301 N. Rome Avenue Tampa, FL 33607** | | Services | | | | $10,460.00 |
| **Operation Electric, LLC 10530 Hawks Landing Drive Land O Lakes, FL 34638-0126** | | Services | | | | $10,338.44 |

Debtor   **LLW Construction, Inc.**                                     Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JFS Pavers, LLC 2337 Belleair Road, Suite C Clearwater, FL 33764** | | **Services** | | | | **$9,750.00** |
| **TD Bank P.O. Box 100290 Columbia, SC 29202** | | **Credit Card** | | | | **$9,017.72** |

**Fill in this information to identify the case:**

Debtor name  **LLW Construction, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*......................................................................................    $ _____0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................................................................    $ _____63,757.35

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................................    $ _____63,757.35

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ _____1,070,746.20

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................    $ _____2,520.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................    +$ _____791,782.48

4.  **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

$ _____1,865,048.68

| Fill in this information to identify the case: |
|---|

Debtor name   **LLW Construction, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$3,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Grow Financial Federal Credit Union** | **01 Basic Savings** | **0273** | **$50.06** |
| 3.2. | **Grow Financial Federal Credit Union** | **Business Checking** | **0272** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$3,550.06**

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Debtor    **LLW Construction, Inc.**    Case number *(If known)* _____
Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **60,864.58** - | **30,432.29** = .... | **$30,432.29** |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$30,432.29** |

<span style="background:black;color:white">Part 4:</span>    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 5:</span>    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 6:</span>    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 7:</span>    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office furniture: 3 desks, 3 office task chairs, small conference table with 6 chairs, 1 small white board, mini fridge, Keurig coffee maker** | **$2,125.00** | | **$2,125.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **2 ASUS laptops, 4 HP monitors, HP Laser P1102 Printer, Epson Inkjet WF-7840 Printer, Roku 42" television, Iphone 14, Ipad 9** | **$2,800.00** | | **$2,800.00** |
| **Misc. office supplies** | **$500.00** | | **$500.00** |

Debtor   **LLW Construction, Inc.**                    Case number *(If known)* _____
         Name

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                         | $5,425.00
      Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2013 Ford Expedition XLT; 171,470 miles** | $5,950.00 | NADA | $5,950.00 |
| 47.2. **2000 Ford F-150 XL; 192,141 miles** | $4,400.00 | NADA | $4,400.00 |
| 47.3. **2022 Covered Wagon 6'x12' Dump trailer** | $6,500.00 | Equipment Trader | $6,500.00 |
| 47.4. **2021 Triple Crown 6'x16' open trailer** | $1,500.00 | NADA | $1,500.00 |
| 47.5. **2024 Cargo United 6'x14' box trailer** | $3,500.00 | Equipment Trader | $3,500.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

| | | | |
|---|---|---|---|
| **Hand tools and miscellaneous supplies** | $1,500.00 | | $1,500.00 |
| **12'x24' storage shed** | $1,000.00 | | $1,000.00 |

51.   **Total of Part 8.**                                                                         | $24,350.00
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No

Debtor    **LLW Construction, Inc.**

Name                                                    Case number *(If known)* _____

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Potential claim against Erik Devlin for partially paid draw in the approximate amount of $15,000** | **Unknown** |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **LLW Construction, Inc.**_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,550.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,432.29 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,425.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,350.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $63,757.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $63,757.35 |

---

**Fill in this information to identify the case:**

Debtor name **LLW Construction, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Builders Services Group, Inc** | | |
|---|---|---|---|

**Builders Services Group, Inc**
Creditor's Name

**d/b/a Gale Insulation**
**200 Stevens Avenue**
**Oldsmar, FL 34677-2902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Judgment Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,195.98          $0.00

---

| 2.2 | **Maurice Becan and** | | |
|---|---|---|---|

**Maurice Becan and**
Creditor's Name

**Anita Becan**
**1724 Crawley Road**
**Odessa, FL 33556**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Judgment Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$623,635.78          $0.00

---

| | |
|---|---|
| Debtor | **LLW Construction, Inc.** |
| | Name |

Case number (if known) _____

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Melissa Bell** | Describe debtor's property that is subject to a lien | $30,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o W. Gregory Golson, Esq.**
**305 S. Boulevard**
**Tampa, FL 33606**
Creditor's mailing address

**Personal Property**

Describe the lien
**Judgment Lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Unknown**
Last 4 digits of account number
**Unknown**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **U.S. Small Business Administ** | Describe debtor's property that is subject to a lien | $399,914.44 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**51 SW 1st Ave.**
**Suite 201**
**Miami, FL 33130**
Creditor's mailing address

**Disaster loan**

Describe the lien
**Blanket Lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**05/29/2020**
Last 4 digits of account number
**5871**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,070,746.20 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **LLW Construction, Inc.**
_____
Name

Case number (if known) _____

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ty G. Thompson, Esq.**<br>**100 N. Tampa Street**<br>**Suite 3700**<br>**Tampa, FL 33602** | Line __2.2__ | |
| **W. Gregory Golson, Esquire**<br>**305 S. Boulevard**<br>**Tampa, FL 33606** | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name    **LLW Construction, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,520.00 | $2,520.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2021 Tax Year Penalty**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,386.00 |
|---|---|---|---|

**84 Lumber Company**
**P.O. Box 365**
**Eighty Four, PA 15330-0365**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,650.00 |
|---|---|---|---|

**ACS Home Services**
**1712 E. Seward Street**
**Tampa, FL 33604**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **LLW Construction, Inc.** _____     Case number (if known) _____
      Name

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,904.00** |
|---|---|---|---|

    **Adriana Wilson**
    **603 S. Dakota A-4**
    **Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible contract damages/refund owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,460.00** |
|---|---|---|---|

    **All Services Glass**
    **1301 N. Rome Avenue**
    **Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,321.00** |
|---|---|---|---|

    **Amico Law Group, PLLC**
    **1607 Vineyard Lane**
    **Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,716.58** |
|---|---|---|---|

    **Clean Restroom Rentals of FL**
    **P.O. Box 271385**
    **Tampa, FL 33688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

    **Dahlia and Julio Aguilar**
    **1412 Oleander Drive**
    **Tarpon Springs, FL 34689**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible contract damages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400,000.00** |
|---|---|---|---|

    **David Kilcoyne and**
    **Karena Kilcoyne**
    **5126 W. San Jose Str.**
    **Tampa, FL 33629**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible contract damages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,325.00** |
|---|---|---|---|

    **Elite Plumbing & Gas LLC**
    **3508 Sam Astin Road**
    **Plant City, FL 33566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LLW Construction, Inc.**
_____     Case number *(if known)* _____
     Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Felix Blas and**
**Lisette McKinney**
**4700 Tuscan Loon Drive**
**Tampa, FL 33619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Possible contract damages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,079.68** |
|---|---|---|---|

**FORA Financial Advance, LLC**
**1385 Broadway**
**15th Floor**
**New York, NY 10018**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,003.01** |
|---|---|---|---|

**Fundbox**
**5760 Legacy Drive**
**Suite B3-535**
**Plano, TX 75024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,482.10** |
|---|---|---|---|

**GISA LLC**
**d/b/a Total Design Source**
**3602 W Cypress Street**
**Tampa, FL 33607**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,588.63** |
|---|---|---|---|

**GMS Southeast, Inc.**
**P.O. Box 930189**
**Atlanta, GA 31193**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,371.60** |
|---|---|---|---|

**Gulf Coast Air Systems, Inc.**
**5411 Comfort Drive**
**Tampa, FL 33610**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Herbert Huesman and**
**Veronica Huesman**
**314 Grade Grove Court**
**Lutz, FL 33549**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of contract damages**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LLW Construction, Inc.**
_____          Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Hughes Exterminators**<br>**4625 Land O'Lakes Blvd.**<br>**Land O Lakes, FL 34639**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$639.00** |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**JFS Pavers, LLC**<br>**2337 Belleair Road, Suite C**<br>**Clearwater, FL 33764**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,750.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**MS Homes Sandy LLC**<br>**1049 Citrus Landings Blvd.**<br>**Davenport, FL 33837**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,698.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Northside Propane**<br>**17602 N. US Hwy 41**<br>**Lutz, FL 33549**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,188.80** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Operation Electric, LLC**<br>**10530 Hawks Landing Drive**<br>**Land O Lakes, FL 34638-0126**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,338.44** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Reem and  Mustafa Khalifa**<br>**1750 Banjamin Franklin 9E**<br>**Sarasota, FL 34236**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Possible contract damages__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Restore It Right, Inc.**<br>**2526 Chapel Way**<br>**Tampa, FL 33618-4505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,966.00** |

| Debtor | **LLW Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert and Taymy Guidara**
**1903 Curry Road**
**Lutz, FL 33549**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Possible contract damages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,525.00** |
|---|---|---|---|

**Sky Foam Insulation System**
**P.O. Box 702306**
**Saint Cloud, FL 34770**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,017.72** |
|---|---|---|---|

**TD Bank**
**P.O. Box 100290**
**Columbia, SC 29202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,913.00** |
|---|---|---|---|

**The Sherwin-Williams Company**
**2800 Century Pkwy NE**
**Suite 960**
**Atlanta, GA 30345**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,212.51** |
|---|---|---|---|

**Tibbetts Lumber Co, LLC**
**2857 Executive Drive**
**Clearwater, FL 33762**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Tony Baars Air Conditioning**
**Inc.**
**P.O. Box 320454**
**Tampa, FL 33679**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,740.00** |
|---|---|---|---|

**Tri County Hauling**
**& Demolition**
**4006 W. Crest Avenue**
**Tampa, FL 33614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LLW Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,006.41 |
|---|---|---|---|

**Wexonline**
**d/b/a Wright Express**
**P.O. Box 639**
**Portland, ME 04104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Fuel credit card

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Scott V. Goldstein, Esq.**<br>**18115 US Hwy. 41 N.**<br>**Suite 600**<br>**Lutz, FL 33549** | Line  3.16<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 2,520.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 791,782.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 794,302.48 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>LLW Construction, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Construction Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Bozena Kloska** <br> **2602 1st Avenue** <br> **Indian Rocks Beach, FL 33785** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Construction Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Craig and Jennifer Mayfield** <br> **4634 W Lamb Avenue** <br> **Tampa, FL 33629** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Construction Contract - work completed; subcontract installed incorrect window.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Dahlia and Julio Aguilar** <br> **1412 Oleander Drive** <br> **Tarpon Springs, FL 34689** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Construction Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Erik Devlin** <br> **3414 Belcher Drive** <br> **Tampa, FL 33629** |

Debtor 1   **LLW Construction, Inc.**
     First Name      Middle Name      Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction Contract - work incomplete; owner took over the construction job.**<br><br>**Felix Blas and**<br>**Lisette M Kinney**<br>**4700 Tuscan Loon Drive**<br>**Tampa, FL 33619** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Business Lease**<br><br>**Grazyna Winiarek**<br>**929 S. Dakota Avenue**<br>**Tampa, FL 33615** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction Contract**<br><br>**James Lefler**<br>**102 19th Street**<br>**Belleair Beach, FL 33786** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction Contract**<br><br>**James Lefler**<br>**1208 Bay Drive**<br>**Belleair Beach, FL 33786** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction Contract**<br><br>**James Lefler**<br>**193 Bath Club Blvd N.**<br>**Saint Petersburg, FL 33708** |

| Debtor 1 | LLW Construction, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Purple Duck Holding Series I**<br>**6500 Motor Enclave Way**<br>**#1106**<br>**Tampa, FL 33610** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract - subcontractor installed incorrect windows.** | |
|---|---|---|---|
| | State the term remaining | | **Reem and Mustafa Khalifa**<br>**1750 Benjamin Franklin**<br>**Unit 9E**<br>**Sarasota, FL 34236** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract - work incomplete; owner took over the construction job.** | |
|---|---|---|---|
| | State the term remaining | | **Robert and Taymy Guidara**<br>**1903 Curry Road**<br>**Lutz, FL 33549** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Summer Sunset House**<br>**8706 W. Gulf Blvd**<br>**Saint Petersburg, FL 33706** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **LLW Construction, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Mary Winiarek** | **106 S. Oregon Avenue Suite 1 Tampa, FL 33606** | **84 Lumber Company** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.2 **Mary Winiarek** | **106 S. Oregon Avenue Suite 1 Tampa, FL 33606** | **GMS Southeast, Inc.** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.3 **Michal Winiarek** | **106 S. Oregon Avenue Suite 1 Tampa, FL 33606** | **84 Lumber Company** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.4 **Michal Winiarek** | **106 S. Oregon Avenue Tampa, FL 33606** | **GMS Southeast, Inc.** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |

Debtor    **LLW Construction, Inc.**                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |

| | | | | |
|---|---|---|---|---|
| 2.5 | **Michal Winiarek** | **106 W. Oergon Avenue Suite #1 Tampa, FL 33606** | **Restore It Right, Inc.** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.6 | **Michal Winiarek** | **106 S. Oregon Avenue Suite #1 Tampa, FL 33606** | **TD Bank** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.7 | **Michal Winiarek** | **106 S. Oregon Avenue Suite #1 Tampa, FL 33606** | **The Sherwin-Williams Company** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.8 | **Michal Winiarek** | **106 S. Oregon Avenue Suite #1 Tampa, FL 33606** | **Tibbetts Lumber Co, LLC** | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.9 | **Michal Winiarek** | **106 S. Oregon Avenue Suite 1 Tampa, FL 33606** | **FORA Financial Advance, LLC** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.10 | **Michal Winiarek** | **106 S. Oregon Avenue Suite 1 Tampa, FL 33606** | **Fundbox** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.11 | **Michal Winiarek** | **106 S. Oregon Avenue Suite 1 Tampa, FL 33606** | **Grazyna Winiarek** | ☐ D _____ ☐ E/F _____ ■ G __2.6__ |

**Fill in this information to identify the case:**

Debtor name __**LLW Construction, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                      04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$525,129.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,933,689.56** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$477,682.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **LLW Construction, Inc.**                                         Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **FORA Financial Advance, LLC**<br>**519 Eighth Ave., 11th Floor**<br>**New York, NY 10018** | **3/6/2025 to**<br>**6/23/2025** | **$15,750.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **TD Bank**<br>**P.O. Box 100295**<br>**Columbia, SC 29202** | **3/6/2025 to**<br>**6/23/2025** | **$18,940.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.3. | **Ferguson Enterprises, LLC**<br>**P.O. Box 100286**<br>**Atlanta, GA 30384-0286** | **3/6/2025 to**<br>**6/23/2025** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Fundbox**<br>**5760 Legacy Drive**<br>**Ste. B3-535**<br>**Plano, TX 75024** | **3/6/2025 to**<br>**6/23/2025** | **$18,483.64** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

| Debtor | LLW Construction, Inc. | Case number (if known) | |
|---|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Maurice Becan and Anita Becan v. LLW Construction, Inc.<br>25-CA-000934 | Breach of contract. Owner terminated contract. Judgment issued with damages. | Hillsborough Co. Clerk of Court<br>419 N. Pierce Street<br>Tampa, FL 33602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Melissa Bell v. LLW Construction<br>24-CC-069954 | Breach of contract | Hillsborough Co. Clerk of Court<br>419 N. Pierce Street<br>Tampa, FL 33602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Herbert Huesman and Veronica M. Huesman v. LLW Construction, LLC<br>2025-CA-000292 | Breach on contract. Owner terminated contract. | Pasco County Clerk of Court<br>38053 Live Oak, Ste 205<br>Dade City, FL 33523 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Builder Services Group, Inc. d/b/a Gale Insulation v. LLW Construction, Inc.<br>24-CC-065580 | Breach of Contract | Hillsborough Co. Clerk of Court<br>419 N. Pierce Street<br>Tampa, FL 33602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

Debtor    **LLW Construction, Inc.**                              Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ford & Semach, P.A.** **9301 W. Hillsborough Avenue** **Tampa, FL 33615** | | **May 29, 2025** | **$20,000.00** |
| | **Email or website address** **all@tampaesq.com** | | | |
| | **Who made the payment, if not debtor?** **Leomi Properties, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **LLW Construction, Inc.** _____  Case number *(if known)* _____

---

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **TD Bank**<br>**P.O. Box 100295**<br>**Columbia, SC 29202** | **XXXX-8501** | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 9, 2025** | **$36.83** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

| **Part 12:** | **Details About Environment Information** |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **LLW Construction, Inc.** _____    Case number *(if known)* _____

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Michal Winiarek** **106 S. Oregon Avenue** **Suite 1** **Tampa, FL 33606** | **11/2017 to present** |
| 26a.2. | **Mary Winiarek** **106 S. Oregon Avenue** **Suite 1** **Tampa, FL 33606** | **11/2017 to present** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | LLW Construction, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.3. **Tax Quotes, Inc.** **18872 MacArthur Blvd.** **Suite 200** **Irvine, CA 92612** | **Income tax returns 2023 to present.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michal Winiarek** | **106 S. Oregon Avenue Suite 1 Tampa, FL 33606** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mary Winiarek** | **106 S. Oregon Avenue Suite 1 Tampa, FL 33606** | **President** | **2021 to 1/1/2025** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **LLW Construction, Inc.**                                           Case number *(if known)*

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Michal Winiarek**<br>**106 S. Oregon Avenue**<br>**Suite 1**<br>**Tampa, FL 33606**<br><br>**Relationship to debtor**<br>**President** | **$42,307.76** | **12 months prior** | **Officer's salary** |
| 30.2. **Mary Winiarek**<br>**106 S. Oregon Avenue**<br>**Suite 1**<br>**Tampa, FL 33606**<br><br>**Relationship to debtor**<br>**President / Prior President** | **$26,855.77** | **12 months prior** | **Officer's salary** |
| 30.3. **Michal Winiarek**<br>**106 S. Oregon Avenue**<br>**Suite 1**<br>**Tampa, FL 33606**<br><br>**Relationship to debtor**<br>**President** | **Family cell phones: $1,990.08; Personal credit card payments: $28,450.00.** | **Over the last 12 months** | |
| 30.4. **Michal and Mary Winiarek**<br>**106 S. Oregon Avenue**<br>**Suite 1**<br>**Tampa, FL 33606**<br><br>**Relationship to debtor**<br>**President / Past President** | **$90,360** | **12 month prior** | **Owner distribution /reimbursement for capital contributions of $228,000 paid in by Michal and Mary Winiarek during twelve months prior to filing** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **LLW Construction, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 23, 2025**

**/s/ Michal J. Winiarek**                                                     **Michal J. Winiarek**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **LLW Construction, Inc.** _____   Case No. _____

_____   Chapter   **11**   _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michal Winiarek<br>106 S. Oregon Avenue<br>Suite 1<br>Tampa, FL 33606** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 23, 2025** _____        Signature   **/s/ Michal J. Winiarek** _____
                                                                                   **Michal J. Winiarek**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **LLW Construction, Inc.**

Case No. _____

Debtor(s)

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 23, 2025**

**/s/ Michal J. Winiarek**
**Michal J. Winiarek/President**
Signer/Title

LLW Construction, Inc.
1712 W. North B Street
Tampa, FL 33606

Buddy D. Ford, Esquire
Ford & Semach, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

84 Lumber Company
P.O. Box 365
Eighty Four, PA 15330-0365

ACS Home Services
1712 E. Seward Street
Tampa, FL 33604

Adriana Wilson
603 S. Dakota A-4
Tampa, FL 33606

All Services Glass
1301 N. Rome Avenue
Tampa, FL 33607

Amico Law Group, PLLC
1607 Vineyard Lane
Oldsmar, FL 34677

Builders Services Group, Inc
d/b/a Gale Insulation
200 Stevens Avenue
Oldsmar, FL 34677-2902

Clean Restroom Rentals of FL
P.O. Box 271385
Tampa, FL 33688

Dahlia and Julio Aguilar
1412 Oleander Drive
Tarpon Springs, FL 34689

David Kilcoyne and
Karena Kilcoyne
5126 W. San Jose Str.
Tampa, FL 33629

Elite Plumbing & Gas LLC
3508 Sam Astin Road
Plant City, FL 33566

Felix Blas and
Lisette McKinney
4700 Tuscan Loon Drive
Tampa, FL 33619

FORA Financial Advance, LLC
1385 Broadway
15th Floor
New York, NY 10018

Fundbox
5760 Legacy Drive
Suite B3-535
Plano, TX 75024

GISA LLC
d/b/a Total Design Source
3602 W Cypress Street
Tampa, FL 33607

GMS Southeast, Inc.
P.O. Box 930189
Atlanta, GA 31193

Gulf Coast Air Systems, Inc.
5411 Comfort Drive
Tampa, FL 33610

Herbert Huesman and
Veronica Huesman
314 Grade Grove Court
Lutz, FL 33549

Hughes Exterminators
4625 Land O'Lakes Blvd.
Land O Lakes, FL 34639

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JFS Pavers, LLC
2337 Belleair Road, Suite C
Clearwater, FL 33764

Maurice Becan and
Anita Becan
1724 Crawley Road
Odessa, FL 33556

Melissa Bell
c/o W. Gregory Golson, Esq.
305 S. Boulevard
Tampa, FL 33606

MS Homes Sandy LLC
1049 Citrus Landings Blvd.
Davenport, FL 33837

Northside Propane
17602 N. US Hwy 41
Lutz, FL 33549

Operation Electric, LLC
10530 Hawks Landing Drive
Land O Lakes, FL 34638-0126

Reem and  Mustafa Khalifa
1750 Banjamin Franklin 9E
Sarasota, FL 34236

Restore It Right, Inc.
2526 Chapel Way
Tampa, FL 33618-4505

Robert and Taymy Guidara
1903 Curry Road
Lutz, FL 33549

Scott V. Goldstein, Esq.
18115 US Hwy. 41 N.
Suite 600
Lutz, FL 33549

Sky Foam Insulation System
P.O. Box 702306
Saint Cloud, FL 34770

TD Bank
P.O. Box 100290
Columbia, SC 29202

The Sherwin-Williams Company
2800 Century Pkwy NE
Suite 960
Atlanta, GA 30345

Tibbetts Lumber Co, LLC
2857 Executive Drive
Clearwater, FL 33762

Tony Baars Air Conditioning
Inc.
P.O. Box 320454
Tampa, FL 33679

Tri County Hauling
& Demolition
4006 W. Crest Avenue
Tampa, FL 33614

Ty G. Thompson, Esq.
100 N. Tampa Street
Suite 3700
Tampa, FL 33602

U.S. Small Business Administ
51 SW 1st Ave.
Suite 201
Miami, FL 33130

W. Gregory Golson, Esquire
305 S. Boulevard
Tampa, FL 33606

Wexonline
d/b/a Wright Express
P.O. Box 639
Portland, ME 04104

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **LLW Construction, Inc.**      Case No. _____
                Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept        $        **20,000.00**

   Prior to the filing of this statement I have received    $        **20,000.00**

   Balance Due        $        **0.00**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):    **Leomi Properties, LLC**

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 23, 2025**            **/s/ Buddy D. Ford, Esquire**
*Date*                          **Buddy D. Ford, Esquire 0654711**
                                 *Signature of Attorney*
                                 **Ford & Semach, P.A.**
                                 **9301 West Hillsborough Avenue**
                                 **Tampa, FL 33615-3008**
                                 **(813)877-4669  Fax: (813)877-5543**
                                 **All@tampaesq.com**
                                 *Name of law firm*